IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANCIS KEISTER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO NASHVILLE POLICE )<br>DEPARTMENT, *et al.*, )<br>)<br>Defendants. ) | NO. 3:21-cv-00738<br>JUDGE RICHARDSON |

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 34), recommending that Defendants' Motion to Dismiss (Doc. No. 17) be granted. No Objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, the motion to dismiss filed

by Defendants Sheriff Daron Hall, Officer Matthew Swindell, Metropolitan Nashville Police Department, and Davidson County Sheriff's Office (Doc. No. 17) is **GRANTED**, such that the claims against these Defendants are dismissed, and additionally the claims against the other two Defendants (Officer Goggle and John Doe) are likewise dismissed. Accordingly, this action in its entirety is **DISMISSED** without prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

  IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE